UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 15-cr-20160
                                                  Hon. Matthew F. Leitman

v.

D-1    CLELAN T. JONES,

      Defendant.
_____/

## **AMENDMENT TO PRELIMINARY ORDER OF FORFEITURE**

On or about January 31, 2018, this Court entered a Preliminary Order of Forfeiture (Dkt. No. 24) forfeiting Defendant's right, title or interest in the One (1) Glock Inc., 23 Pistol, CAL:40, Serial No. CZL680US.

According to the terms of the POF, the government served all potential third party claimants with notice of the government's intention to forfeit the subject Firearm based on its involvement in the offense of conviction.

On or about February 26, 2018, third-party petitioner Thomas F. Vasicek filed a timely and proper petition for the return of the subject Firearm.

The United States and Mr. Vasicek have reached an independent agreement for the return of the One (1) Glock Inc., 23 Pistol, CAL:40, Serial No. CZL680US, after the conclusion of this criminal case and expiration or any appeals periods, pending approval by the Court by and through this amendment.

The government has now filed an application requesting that the Preliminary Order of Forfeiture be amended so that the One (1) Glock Inc., 23 Pistol, CAL:40, Serial No. CZL680US can be returned to its lawful owner, Thomas F. Vasicek.

The government has provided notice of the Preliminary Order of Forfeiture to third parties as required by statute and no person other than the Mr. Vasicek has made a claim of ownership to the Firearm.

The Court finds there is good cause to amend the Preliminary Order of Forfeiture, and therefore, **IT IS HEREBY ORDERED** that the Preliminary Order of Forfeiture is amended as follows:

The right, title and interest in the One (1) Glock Inc., 23 Pistol, CAL:40, Serial No. CZL680US is returned to its lawful owner, Thomas F. Vasicek, is not forfeited to the United States, and the firearm may be released to Thomas F. Vasicek by the United States when it is no longer needed by the government as evidence, including in any direct appeal or thereafter.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 21, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764