UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                       Case No. 15-cr-20160
                                                       Hon. Matthew F. Leitman

CLELAN JONES,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION TO EXTEND REPORT DATE (ECF No. 62)

On February 24, 2022, the Court sentenced Defendant Clelan Jones to a term of imprisonment of one year and one day for violating his probation. (*See* Judgment, ECF No. 58.) The Bureau of Prisons has now directed Jones to report to FCI Hazelton to begin serving his sentence. Jones has been ordered to report by June 9, 2022. (*See* Order, ECF No. 60.)

On June 7, 2022, Jones filed a motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 61.) Jones has also filed a motion to extend his report date. (*See* Mot. to Extend, ECF No. 62.) The Court will give Jones' motion for compassionate release serious consideration, and it needs time to do so before Jones reports to begin serving his sentence. Accordingly, for the reason explained above, and the reasons explained in Jones' motion to extend his report date, Jones'

motion to extend his report date (ECF No. 62) is **GRANTED**. Jones shall report to begin serving his sentence on **July 8, 2022**, unless given a later reporting date by the Federal Bureau of Prisons. All conditions of release previously ordered by this Court shall remain as ordered.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 8, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2022, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126