UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 15-cr-20160
                                Hon. Matthew F. Leitman

CLELAN T. JONES,

    Defendant.
_____/

## ORDER DEFERRING PROCEEDINGS ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 61)

Now pending before the Court is a motion for compassionate release by Defendant Clelan Jones. (*See* Mot., ECF No. 61.) The Court discussed the motion with counsel during an on-the-record video conference on June 14, 2022. For the reasons stated on the record, the Court will DEFER further proceedings on the motion. At this time, the Government need not respond to the motion. If Mr. Jones encounters issues related to his health and/or his medications once be reports to begin serving the sentence imposed by this Court and if counsel for Mr. Jones believes that those issues warrant Mr. Jones' compassionate release, counsel for Mr. Jones may inform the Court that Mr. Jones wishes to restart the proceedings on his compassionate release motion. If and when that occurs, the Court will promptly

convene a status conference with counsel to discuss resuming proceedings on the motion for compassionate release on an expedited basis.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126