UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 15-cr-20160
                                      Hon. Matthew F. Leitman

CLELAN T. JONES,

    Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE
MOTION TO REDUCE SENTENCE (ECF No. 61)**

On June 7, 2022, Defendant Clelan Jones, through counsel, filed a motion to reduce his sentence. (*See* Mot., ECF No. 61.) Jones filed the motion before he was required to report to the Bureau of Prisons to begin serving the sentence imposed by this Court. He asked the Court to eliminate the custodial portion of his sentence and to replace it with a term of home confinement. He sought that relief based upon health concerns. The Court did not grant that relief. Instead, the Court deferred proceedings on the motion and told Jones that he could return to Court if he encountered health issues after reporting to custody. (*See* Order, ECF No. 65.) Jones has now begun serving his sentence and has apparently been in custody for several months. He has not returned to this Court to renew his request for compassionate release, and he has not raised any new health concerns. Accordingly, the Court will

1

**DENY** his motion for compassionate release without prejudice. If appropriate, Jones may renew the motion and may present to the Court updated information concerning his medical status and the impact of his custody on his medical conditions.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126